# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR DeLEON, | 1:09cv00458 DLB PC |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO REDESIGNATE ACTION AS A REGULAR CIVIL CASE |
| v. | |
| TULARE COUNTY SUPERIOR COURT, | |
| Defendant. | |

Plaintiff Hector DeLeon ("Plaintiff"), a state prisoner proceeding pro se, filed his complaint pursuant to 42 U.S.C. § 1983 on March 11, 2009. Review of the complaint reveals that Plaintiff's civil rights case does not involve the conditions of his confinement.

Therefore, the Clerk of Court is DIRECTED to redesignate this action to reflect that it is a regular civil case.

No scheduling conference should be set at this time.

IT IS SO ORDERED.

Dated: **March 13, 2009**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1