# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR DeLEON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TULARE COUNTY<br>SUPERIOR COURT,<br><br>　　　　　　Defendant. | 1:09cv0458 OWW DLB<br><br>ORDER REQUIRING PLAINTIFF TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** PAY FILING FEE |

Plaintiff, a state prisoner proceeding pro se, filed the instant action on March 11, 2009. However, Plaintiff did not file a completed application to proceed in forma pauperis or pay the filing fee.

Accordingly, Plaintiff is ORDERED to submit an application to proceed in forma pauperis, along with all necessary documentation, or pay the $350.00 filing fee, within thirty (30) days of the date of service of this order. The Clerk of the Court shall send Plaintiff the appropriate application.

Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

　Dated:　**March 17, 2009**　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1